UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                      No. 1:07-CR-162

    vs.                              Hon. Robert Holmes Bell
                                          Chief District Court Judge

RAMONA MINISEE,

        Defendant.
_____/

**ORDER FOR DISMISSAL**

    The United States having filed a Motion to Dismiss pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court,

    IT IS HEREBY ORDERED that the Indictment against Defendant is DISMISSED WITHOUT PREJUDICE.


Dated: May  21 , 2008                          /s/ Robert Holmes Bell
                                                      ROBERT HOLMES BELL
                                                       Chief Judge
                                                       United States District Court